# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0700
_____

CERENE MARTI WEST,

    Appellant,

    v.

STATE OF FLORIDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM, OLIVE WALTER-
PAILLANT,

    Appellees.

_____

On appeal from the Department of Revenue, Child Support
Program.
Ann Coffin, Director.

March 11, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cerene Marti West, pro se, Appellant.

Ashley Moody, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Tallahassee, for Appellees.